LOUISA CAVACCINI, as Administratrix of the Estate of PAUL CAVACCINI, Deceased, Appellant, *v.* FARM PRODUCTS CORPORATION et al., Respondents.

Argued June 7, 1940; decided July 24, 1940.

*William A. Mulvey* for appellant.

*John J. Scully* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.